IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00381-BNB

MANUEL SANTISTEVAN,

Petitioner,

v.

WARDEN, Federal Prison,
CURRENT ATTORNEY GENERAL, United States, and
UNITED STATES OF AMERICA,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO CURE DEFICIENCY

---

Petitioner is incarcerated at the Jefferson County Jail in Golden, Colorado. Petitioner initiated this action by filing *pro se* "Petitioner's Petition for Writ of Habeas Corpus Pursuant to the Original Habeas Corpus as Presented in the Constitution and/or 28 USC § 2241 to Challenge Jurisdiction and Request Dismissal of the Indictment and Conviction Within the Next 3 Days, as This is an Extraordinary Writ, or Alternatively, to Show Cause Why the Case Should Not Be Dismissed." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the petition is deficient because it is not filed on the proper form approved for use by prisoners in this court as required by the court's local rules. Petitioner will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Petitioner cure the deficiency identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Petitioner, together with

a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Petitioner fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED February 25, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00381-BNB

Manuel Santistevan
Prisoner No. 82666-011
Jefferson County Jail
P.O. Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 2/25/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk